**Order entered October 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00491-CV

### JENNIFER HOLLOWAY, Appellant

### V.

### GUILD MORTGAGE COMPANY, A CALIFORNIA CORPORATION, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02027-B**

## ORDER

Before the Court is appellant's October 18, 2019 motion for extension of time to file her amended brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 18, 2019. Appellee's brief shall be filed within thirty days of the filing of appellant's amended brief.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE